JEFFREY M. KREUTZ, ESQ.
Meyer, Fluegge & Tenney, P.S.
230 S. Second Street
Yakima, WA 98907-2680
Phone: (509) 575-8500

The Honorable Alan A. McDonald

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 07 2006

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| DAVID WILL,            ) | NO. CV-04-5071-AAM |
|                       ) | |
|     Plaintiffs,       ) | ORDER OF DISMISSAL WITH |
|                       ) | PREJUDICE AND WITHOUT |
| vs.                   ) | COSTS |
|                       ) | |
| J.R. SIMPLOT COMPANY, a ) | |
| Nevada corporation,   ) | |
|                       ) | |
|     Defendants.       ) | |

The parties having stipulated for the dismissal of the above action, it is hereby

/ / /

/ / /

/ / /

Order Of Dismissal With
Prejudice And Without Costs - 1

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street • P.O. Box 22680
Yakima, Washington 98907-2680
Telephone (509) 575-8500

ORDERED, ADJUDGED AND DECREED that plaintiff's Complaint and the above-entitled action be, and the same are hereby dismissed with prejudice and without costs, AND THE FILE CLOSED.

DONE this 7th day of ~~November~~ December, 2006.

_____
ALAN A. McDONALD, JUDGE
SENIOR U.S. DISTRICT JUDGE

Order Of Dismissal With
Prejudice And Without Costs - 2

LAW OFFICES OF
MEYER, FLUEGGE & TENNEY, P.S.
230 South Second Street • P.O. Box 22680
Yakima, Washington 98907-2680
Telephone (509) 575-8500